United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 14, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-50401
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAMON ARMENDARIZ, also known as Sleepy,

Defendant-Appellant.

---------------------
Appeals from the United States District Court
for the Western District of Texas
USDC No. EP-01-CR-1437-9-DB
---------------------

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Ramon Armendariz on
direct appeal has filed a motion to withdraw and a brief pursuant
to <u>Anders v. California</u>, 386 U.S. 738, 744 (1967).  Armendariz
filed a response in which he asserts that he did not waive his
right to the preparation of a presentence report (PSR) and that a
PSR would have indicated that his 180-month sentence constituted
an upward departure from the Sentencing Guidelines range.  Our
independent review of the brief, Armendariz's response, and the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.